J. Grace Felipe (SBN 190893)
felipeg@cmtlaw.com
CARLSON & MESSER LLP
5901 W. Century Boulevard, Suite 1200
Los Angeles, California 90045
(310) 242-2200 Telephone

Attorneys for Defendant,
COLUMBIA DEBT RECOVERY LLC DBA GENESIS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DANIELLE BRIGHT, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>ENCANTO APARTMENT HOMES, LLC, a California Corporation; GREYSTAR REAL ESTATE PARTNERS, LLC, a South Carolina Corporation; COLUMBIA DEBT RECOVERY LLC DBA GENESIS, a Washington Corporation, and DOES 1-20, inclusive.<br><br>  Defendants. | CASE NO. 5:25-cv-02395-KK-MAA<br><br>**JOINT NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that Plaintiff DANIELLE BRIGHT and all named Defendants, ENCANTO APARTMENT HOMES, LLC, GREYSTAR REAL ESTATE PARTNERS, LLC, and COLUMBIA DEBT RECOVERY LLC DBA GENESIS, have reached a settlement of the above-entitled action in its entirety. It is anticipated that the parties will complete the settlement and file a stipulation of dismissal with prejudice within sixty (60) days from the date of this Notice. The parties request that the Court retain jurisdiction of this action during the 60-day period.

|    |                              |                                                                                                                           |
|----|------------------------------|---------------------------------------------------------------------------------------------------------------------------|
| 1  |                              | **INLAND COUNTIES LEGAL SERVICES, INC.**                                                                                  |
| 3  | DATED: October 15, 2025      | By:  /s/ Barak J. Berlin                                                                                                   |
|    |                              | Barak J. Berlin  <br>Attorney for Plaintiff,  <br>DANIELLE BRIGHT                                                         |
| 7  |                              | **KIMBALL, TIREY & ST. JOHN LLP**                                                                                         |
| 9  | DATED: October 15, 2025      | /s/ Abel Ortiz                                                                                                             |
|    |                              | Abel Ortiz  <br>Attorney for Defendants  <br>Encanto Apartment Homes, LLC and  <br>Greystar Real Estate Partners, LLC     |
| 14 |                              | **CARLSON & MESSER, LLP**                                                                                                 |
| 15 | DATED: October 15, 2025      | By:  s/ J. Grace Felipe                                                                                                    |
|    |                              | J. Grace Felipe  <br>Attorneys for Defendant,  <br>COLUMBIA DEBT RECOVERY LLC DBA GENESIS                                 |

## ATTESTATION AND CERTIFICATE OF SERVICE

I, J. Grace Felipe, am the ECF user whose identification and password are being used to file the Notice of Settlement. Pursuant to Civil Local Rule 5-4(2)(i), I hereby attest that all counsel whose electronic signatures in the Notice provided their authority and concurrence to file that document.

Dated: October 15, 2025

**CARLSON & MESSER, LLP**

By: /s/ J. Grace Felipe
J. Grace Felipe
Attorneys for Defendant,
COLUMBIA DEBT RECOVERY LLC DBA GENESIS